UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

    Plaintiff,

    v.

THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,

    Defendant.

Case No. 15-mc-80174-VC

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: June 23, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>          Plaintiff,<br><br>     v.<br><br>THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>          Defendant. | Case No.  15-mc-80174-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vance S. Elliott
640 Eddy Street Rm 219
San Francisco, CA 94109

Dated: June 23, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA